# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2008

135435

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HAROLD EMMETT SHAFIER, III,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135435
COA: 267192
Allegan CC: 05-014062-FC

_____/

On order of the Court, the application for leave to appeal the October 30, 2007 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether the defendant's constitutional rights under *Doyle v Ohio,* 426 US 610, 619; 96 S Ct 2240; 49 L Ed 2d 91 (1976), were violated, (2) whether the claim of error under *Doyle* was properly preserved at trial, (3) the resulting appropriate standard of review on appeal, and (4) whether any error was harmless under the applicable standard of review.

We further ORDER the Allegan Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint counsel to represent the defendant in this Court.

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2008

                        Clerk

p0423